IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03266-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may delay the consideration of your claims.**)

EREKLE KIKILASHVILI,

      Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,
TODD BLANCHE, Acting U.S. Attorney General,
GEORGE VALDEZ, Denver Field Office Director, U.S. Immigration and Customs
      Enforcement, and
JUAN BALTAZAR, Warden, Aurora Contract Detention Center,

      Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner Erekle Kikilashvili is a federal immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado. Petitioner has filed *pro se* a Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1), Notice of Related Case Pursuant to D.C.COLO.LCivR 3.2 (ECF No. 2), and Emergency Motion for Expedited Consideration of Petition for Writ of Habeas Corpus and for an Immediate Bond Hearing (ECF No. 3).[1] Petitioner has paid the filing fee. (*See* ECF No. 1).

---

[1] "(ECF No. ___)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

Accordingly, this habeas corpus action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court finds one or more filings deficient (or not submitted) as described in this order. Therefore, Petitioner is directed to cure the following deficiencies to pursue any claims in this action. Any papers that Petitioner files in response to this order must be labeled with the civil action number provided on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other:

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) _X_ is not on proper form: Petitioner must use the District of Colorado's current form § 2241 habeas application
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) _X_ other: The § 2241 petition does not name as respondent the warden of the facility where Petitioner is being detained.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above within thirty

2

(30) days from the date of this order. Any papers that Petitioner files in response to this order must include the civil action number provided at the top of this order. It is

FURTHER ORDERED that Petitioner shall obtain and utilize the following District of Colorado **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** form. This form, along with the applicable instructions, can be found (with the assistance of a case manager or the facility's legal assistant) at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure all designated deficiencies within thirty (30) days from the date of this order, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

DATED July 23, 2026.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge